IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JANE DOE NO. 2,<br><br>Plaintiff,<br><br>v.<br><br>MONTANA STATE UNIVERSITY,<br><br>Defendant. | No. CV 20-12-BU-SEH<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Dismiss Claim 2.[1]

ORDERED:

The Court will conduct a hearing on Defendant's Motion to Dismiss Claim 2[2] immediately following the hearing in CV-19-54-BU-SEH *Jane Doe No. 1 v. Montana State University*, on June 2, 2020.

DATED this 12th day of May, 2020.

SAM E. HADDON
United States District Judge

---

[1] Doc. 3.

[2] Doc. 3.