# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| JANE DOE NO. 2,<br><br>                  Plaintiff,<br><br>v.<br><br>MONTANA STATE UNIVERSITY,<br><br>                  Defendant. | No. CV 20-12-BU-SEH<br><br>**ORDER** |

Plaintiff filed Plaintiff's Motion for Leave to Retain Anonymity and for Protective Order.[1] Plaintiff states, "[c]ounsel for Defendant was contacted and 'takes no position' on this motion."[2]

If Defendant disputes the validity of the motion, it should so state and support its position with reasons and relevant authority. If it concedes the motion is well-taken, it has the obligation to say so.

///

///

---

[1] Doc. 17.

[2] Doc. 17 at 2.

ORDERED:

Defendant shall forthwith file a response addressing the merits of the motion.

DATED this 17th day of September, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge