# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| JANE DOE NO. 2,<br><br>Plaintiff,<br><br>v.<br><br>MONTANA STATE UNIVERSITY,<br><br>Defendant. | No. CV 20-12-BU-SEH<br><br>**ORDER** |

This case has been referred[1] to the Honorable John T. Johnston, United States Magistrate Judge, for a settlement conference to be set by further order of Court.

ORDERED:

Deadlines established by prior Orders of Court are suspended and all pending motions are denied without prejudice to refiling as may be ordered by the Court if the case does not settle.

DATED this _25th_ day of January, 2021.

Sam E. Haddon

SAM E. HADDON
United States District Judge

---

[1] Doc. 31.